

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Circle Ridge Production, Inc., Appellant

No. 06-13-00009-CV          v.

Kittrell Family Minerals, LLC, Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 12-0107-C).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

We affirm the judgment of the trial court in part and reverse in part.  We affirm the summary judgment determining that (1) Circle Ridge breached the forfeiture clause, (2) Kittrell provided notice in strict compliance with the Assignment, (3) the lease was forfeited, (4) the lack of a division order did not excuse Circle Ridge's non-payment, and (5) the tendering of royalty payments more than sixty days after notice did not excuse the non-payment.  We affirm the trial court's award of $7,576.75 in overriding royalty proceeds and $8,166.00 in attorney's fees.

We reverse the trial court's award to Kittrell as trespass damages of $45,960.62 in lease proceeds and $9,380.00 for the value of the oil in the tanks.  We remand the case to the trial court for the limited purpose of determining the exact date of re-entry and calculating the amount of the overriding royalty owed Kittrell from August 30, 2011, until the date of re-entry.  On remand, the trial court should give effect to Kittrell's concession that Circle Ridge is entitled to the personal property located at the well site, including the 113 barrels of oil, and, if the well casing cannot be removed without damaging the well, should determine the value Kittrell owes Circle Ridge for the well casing.

We further order that the appellant, Circle Ridge Production, Inc., pay all costs of this appeal.

RENDERED JULY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk